Case 2:21-cv-00281 Document 59 Filed on 05/31/23 in TXSD Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ADAM ALEXANDER PERRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00281 |
| | § | |
| AUSTIN J HART, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM AND
RECOMMENDATION TO DENY PLAINTIFF'S MOTION
TO ALTER OR AMEND THE JUDGMENT**

On April 26, 2023, United States Magistrate Judge Julie K. Hampton issued a "Memorandum and Recommendation to Deny Plaintiff's Motion to Alter or Amend the Judgment" (M&R, D.E. 55). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's M&R is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's M&R. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's M&R (D.E. 55), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the

Magistrate Judge. Accordingly, the Motion to Alter or Amend the Judgment (D.E. 52) is **DENIED**.

    **ORDERED** on May 31, 2023.

                                                  NELVA GONZALES RAMOS
                                                  UNITED STATES DISTRICT JUDGE